AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Damorius D. Gaines, aka Damorius Dontavis Gaines, aka Damorius Dontavious Gaines<br>*Plaintiff*<br>v.<br>Geoffrey Benedict Eaton, Catherine T. Huey, Cordell J. Maddox, Alan McCrory Wilson, William M. Blitch, Jr., Stan Overby, Craig A. Gardner, et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.    8:22-cv-416-HMH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:  Plaintiff's malicious prosecution claim is dismissed without prejudice. It is further ORDERED that Plaintiff's remaining claims are dismissed with prejudice and without issuance and service of process.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Jr., United States District Judge who adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   August 11, 2022

ROBIN L. BLUME
*CLERK OF COURT*

_____
s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*